IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SARAH V. BRANCH                                           PLAINTIFF

V.                                              CIVIL ACTION NO. 3:09CV642-DPJ-JCS

PICCADILLY RESTAURANTS, LLC                             DEFENDANT

**AGREED ORDER OF DISMISSAL**

This cause having come on this day on motion to dismiss by Plaintiff, *ore tenus*, stating that the Plaintiff has passed away, and respectfully moves the Court to dismiss Plaintiff's claims against the Defendant, Piccadilly Restaurants, LLC, with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of the Plaintiff, Sarah Branch, in the above-entitled and numbered cause, against the Defendant, Piccadilly Restaurants, LLC, be and the same are hereby dismissed, with prejudice.

SO ORDERED this the 10 day of MARCH, 2010.

_____
U.S. DISTRICT JUDGE

*AGREED TO AND APPROVED BY:*

/s/ Robert Lenoir
Robert Lenoir, Esq. (MSB# 102419)
*Attorney for Plaintiff*

/s/ Leland S. Smith
Leland S. Smith, Esq. (MSB#7562)
*Attorney for Defendant*